Exhibit(A) of 1)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NewYork

CV 16                    2408

☐ ORIGINAL

_____

_____

Jamal SALAAM BEY

Plaintiff

[ insert Full Name of Plaintiff Prisoner ]

-against-

Superintendent thomas GRIFFIN

John Joe sgt turiglio

John Joe

John Joe

Defendents)

CIVIL RIGHTS COMPLAINT

42 U.S.C § 1983

JURY DEMAND

YES ___✓___   NO._____

RECEIVED

MAY 05 2016

PRO SE OFFICE

VITALIANO, J.

BLOOM, M.J.

insert full name of defendents) if you need Additional space, please write see attached and insert A separate page with the full names of the additional defendents The Names listed Above. must be identical to those listed in part) parties (in item A below place your name. in the First blank and Provide. your present. address and telephoner: Do the same[ For Additional plaintiff

A Name of Plaintiff Jamal Salaam Bey 13A5687

incarcerated provide the name. of the Facility and address

Green Haven Correctional Facility

P.O. BOX 4000

Stormville Ny 12582-4000

Prisoner ID Number 13A5687

if you are not incarcernted provide your current address

GReen Haven CoRRectional Facility

P.O BOX 4000

Stormville NY 12582-4000

Telephone Number _____

Defendent No 1)

John Joe

Full Name

_____

Job TiTle

CORRECTION OFFicer

Address   GReen Haven Correctional Facility

P.O. BOX 4000

STORmville NY 12582-4000

Defendentno 2)

Full Name.

John Joe

Job TiTle

CORRECTION officer

Address  GReen Haven CoRRectional Facility

P.O. BOX 4000

STORmville NY 12582-4000

Defendent No 3)

Full Name

Job TiTle

Facts (what happened? Exhibit A) or B)

Claimant I Am Jamal Salaam Bey 13A5687

Writting This claim complaint concerning what HAPPEND TO me. ON - MARCH - 18th - 2016 AT Approximately - Time: WAS ABout - 8:30 Pm At NIGHT COMING BACK From THE YARD and while I was coming BACK From THE H - IN - G YARD AREA IN GREEN Haven CORRECTIONAL FACILITY DURING THE Time ABout Approximately 8:30 TO - 9:30 Pm I. WAS BEING FORCE IN TO BE Pat FRISK And STRIP SEARCH IN H F I N G HALL way ONE OFFICER'S WAS white short ABout 5'7 IN ABout 200 Pound's HE Told me To get AGAINST THE WALL while I was FACING THE WALL this TALL Black OFFICER WAS Telling me. Don't TRUN AROUND THAT TThat's when the short OFFICER. BEGAIN Touching on me Feeling ON my Body UP IN Down my Body Feeling on my ASS CRACK touching on my Private PARTs Like my Nuts IN DENIS HARDING BAD UNDER MY Box's PAnt's West under wear BOX I ASK Him what ARE you Doing This to me. He then BEGAIN THREATEN ME. BY Telling me TO TAKE OFF YOUR Clothe's I SAID FOR REAL, HE SAID This IS REAL HE WAS GOING TO Puch me, IN MY FACE SO I Just STAY STANDING THERE while HE WAS Black mailing me. IN SEXUAL ABusing me

II A   INJURY's  IF you are claiming inJuries AS A RESUIT OF THE EVENTS you are complaing About describ your inJuries and state what medical TReamtmet you required was medical TREATMENT Received

Yes NOW my Life is At SAFETY I FEAR FOR MY LIFE SO on Date: march 29th OF 2016 At Approximately: 2:30 Pm my Cell DOOR OPEN UP IN GREEN #even CORR FAC LOcate At E - 3 - 40 - COMPANY unit BY A Black Female C.O. STAFF Telling THAT This white Female SERGEANT SUPEVISER WENT me Call me TO HER OFFICE NEAR THE Sick CALL WERE the indicent happened At BY the NURS STATION calling IN HER OFFICE the Female SERGEANT SUPERVISER Room TO INVESTIGATE me About incident then After she call me to the medical hospital to see two Doctor's EXAMED me Privately

Exhibit (-)

Green Haven Correctional Facility

Address PO Box 4000 Stormville NY 12582-400

Defendent 4 John Joe warden Freeman C.O

Full Name

HAM

Job Title

Female LT hearing officer

Sgt Female

Defendent 5 Green Haven Correctiona Facility

Address P.O. Box 4000

Stormville Newyork 12582-4000

### Statement of claim

State briefly and concisely the Facts of your case
include the dates) of the events) alleged As
well As the location where the events occurred
include the Names of each defendent and state
how each person named was involved in the event
you are claiming violated your Rights you
need not give any legal arguments or cite to cases or statutes
if you intend to allege A number
of related claims number and set forth each claim

### Date: march-3-18-2018

COMPLAINT Claim REGARDING SEXUAL ABUSE sexual misconduct
concerning The incindent IN THE YARD IN H IN G Block YARD
when DID THE EVENTS happen? (include Approximate and date march 3-18-16
Approximtely time was About 8:30 Pm OFFICER'S 3F-in J AREA coming BACK
while I WAS BEING PUSH AGAINS THE WALL HEAD FORCE INTO wall

Exhibit D

Late That DAY About A hour Later : About 3:30 Pm Approximately
I was BEING call AGAIN out my cell Location compny E-3-40
Female SERGEANT SUPERVISOR call me. TO GO AT THE E.R.E. HOSPITAL
TO BE SEEN BY TWO DOCTOR'S male in Female Asking me Question

III Relief STATE  What Relief YOU ARE SEEKING IF YOU PREVAIL ON YOUR complaint

About what happened CONCERNING MY INJURIE OF me, Being SEXUAL ABUSE
By these OFFICER CORRECTIONAL C.O's on -Date: MARCH 18th 2016
I was BEING Seen By these TWO DOCTOR'S on -MARCH 29th 2016
At: Approximately time: 3:00 Pm ASKING me QUSTION what happened
Do this Hurts Feeling on my Private AREA'S I WAS telling them I WAS Being
Sexual ABUSE on Sexual misconduct RAPE. I SAID Yes Sir/madam
that's when they Give me Some thing to Read LOOK LIKE A BOOK CARD

I declare under penality of perjury That on  April 30th 2016  i delivered this
                                                    (Date)

complaint to Prison Authorities At _____ march 18th 2016 _____
                                              (Name of Prison)

STATE District COURT FOR The EASTERN District of NewYork

I declare under penality of perjury That the FOREGOING is TRUE correct

DATE: April 30th 2016 _____

Jamal Saleem Bey withoutprejudice
                                1-308-9
Signature OF PLAINTIFF

They went Give me Leqnl copy's
FOR the 1983-42-U.S.CA
I wrote to Grievance I have the complaint Form's

EXhibit A

CLERK OF U.S. DISTRICT COURT

EASTEN DISTRICT OF NEWYORK

225 CADMAN PLAZA EAST

BROOKLYN NEWYORK 11201

Indictment : Docket NO 1088 2013

WRIT OF MANDAMUS

IN THE NATURE OF A

NOTICE OF REMOVAL

UNITED STATES CONSTITUTION FOR THE REPUBLIC — NORTH AMERICA (AMEXXEM)

FROM SUPREME COURT OF QUEENS COUNTY

TO: COURT OF the Federal District COURT

28 US-C § 1441 §1446

The Great Seal [7] Moorish Science Temple of America
Incorparated
Embryo Circle seven moorish Science Temple OF America
Incarparated Continental Congress moor Order of the
Round Table moorish Divine and National movement and
all ministers consuls moor Nationals Diplomats
Federal District Court EASTERN

Jamal salaam Bey        Plaints

— AGAINST —

Superintendent Thomas Griffin
GReen Haven correctional Facility
P.O. BOX 4000
STORMVILLE NY 12582 - 4000
        Defendents

ORIGINAL JURISDICTION

Ministers Consuls
Diplomats
United States constitution
Article 3 Section 2
Federal Questions
Constitution Treaty
Substantive Right etc.

Petitioner - Defendent

MOTION AND AFFIDAVIT in Support OF STATUS CONFERENCE HEARING
comes Now moorish Nationals consuls Diplomats, Natural Citizen The Great seal
Moorish Science Temple of America as a lien class Aboriginal moorish Americans
The petitioners in the above-styled and numbered cause of Action 13 A 5680 Files
this annex with exhibits of political status of our own Free will and accord and do proclaim
and FOR The record reaffirm our status as Free moorish-American by birthright and
inheritance under The charter warrant and Dispensation of the . CLeRK : Record

(7)

Moorish Science Temple and Law Incorporated ~ of North America INC and By Law
and constitution of the same Attached as Exhibit B)

Authority is Registered in Queens County Form # 1099 COPY Book 521 Page 579

7-3-7- Jamal Salaam Bey 31-58-51 St APT 1B Wood Side NY 11377

## Judicial Notice and Proclamation

Exhibit B)

To: all Elected united states Republic officials and Public Servants of Federal
State City: and municipal Governments. Personal and corporate Entities:

Concerning The constitution and all statutory and civil Law code of the land
upon my inherited Nobility and upon my Private Aboriginal indigenous
Proper Person Status and commercial Liability I. Jamal Salaam Bey
being duly Affirmed under consanguine unity
Pledge my National Political and Spiritual Allegiance To my monbite/
moorish Nation - being The Archaic Aboriginals/indigenes of Amexem

The America ) standing squarely Affirmed upon my
oath to the Five Points of light Love Peace Truth Freedom and Justice
do Squarely Affirm To Tell the Truth and nothing but The Truth and having
Knowledge and Ffirm To established belief upon The historical lawful
and Adjudicated Facts contained here in Being
Competent (in my own proper Person) To Attest To this Affiant
upon which I Place my Signature
Whereas I state proclaim and Declare The following To be True.

Correct certain complate not misleading Supreme. and not intended
To be presented For any misrepresented colored or improper use
To wit

That I Jamal Salaam Bey Am A Noble of the Almoroccan Empire
North American in propria persona (my own proper self):
being moorish American - a descendent of The Ancient moabite
Moors by Birthright Freehold Primogeniture and inheritance
Being Aboriginal and indigenous To The Land s/ (Amexem/Americas
Territorium of my ancient moabite/moorish Fore mothers and
Fore-Fathers to wit

Case MCKIN-03897-LAP   Document 1   Filed 05/05/16   Page 9 of 22

West's McKinney's Forms          COVERING Letter   DATE: April 04-30-2016
Real Property Practice
CHAPTER 7 MECHANICS

    Jnmal salaam Bey 13n5687
        plaintiff

7:108   Notice of claim against bond given To discharge all lien Form: Lien Law 37 ]

    The People of the State of New york
    SUPREME COURT COUNTY Queens

    Name of claimant  Jnmal Salaam Bey
                         against
    Name of defendents              Index NO_____
            defendent               Notice of claim
                                     Name of Assigned Judge
                                     OrAL ArGument is Requested

    Superintendent Thomas Griffin
    Green Haven Correctional Facility
            594 Route 216
    Stormville N.Y. 12582              The Pro se office
                                        United State District court
    To: The Clerk of the County of     Eastern District of New york
    others Whom It May CONCERN          225 cadman plaza East
    PLEASE TAKE Notice That             Brooklyn NY 11201

Name: of claim  Jnmal salaam Bey maintaing a Place of business at Name of canty The
Queens County court KewGarden 125-01 Queens Boulevard NY 11415
the State of New york has A claim FOR the principal and interest of The price and value
of The labor and material here inafter mentioned against A certain Bond Filed by
Name of owner as owner of certain Real porperty hereinafter described in the office
of the clerk of the county on the ordinal number of day 1 day of
name of month April 04-                identification of 2016 pursuant to lien Law
§ 37 of The State of New york to discharge
Said property From lien of each and every contractor Subcontractor
material provider or Labor; performing Labor or Furnishing materials in or
about the perFormance of a certain contract with Name of Contractor
clerk of court described in such bond FOR the improvement of Said real property
The Name of owner of the Real Property named in The Bond is said Name of
owner the Name of The contractor name in the bond is Name of contractor
The Name of the surety name in The bond is Jnmal Salaam Bey without perjudice
                                                            1-308-9

Exhibit.B)

From Jamal Salaam Bey Sovereign moor          Jury Trial. Rendy
Green Haven Correctional Facility              Civil Rights complaint
P.O. Box 4000                                  42 USCA 6961
Stormville Newyork 12582-4000
                        Plaintiff

                - Aganinst -

Department of correctional and Defendents
commussioner - in superintendend
Thomas Griffin in correctional officees John Joe


    I Previsous claim liens in Fedeal court
    dealing with the same issue. Name. Jamal Salaam Bey
    I Place of Precent confinement Green Haven C.F. P.O. Box 4000
    II Parties Name. of Plaintiff and current address
    Stormville Newyork 12582-4000

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAR - 5 2016   ★

BROOKLYN OFFICE


    Date: on march - 18th - 2016
    On Notice of lien

                                   Sign. name Jamal Salaam B
                                   Jamal Salaam Bey
                                   without prejudice r-3089

(tactment 2)

MR Jamal Salaam Bey 13A5687 -

GREEN HAVEN CORRECTIONAL Facility

P.O. BOX 4000

STORMville Newyork 12582-4000

Date: april-04-20-2016

Attn: GREEN Haven C.F NURSE Administrator

Newyork State Attorney General

RE: Medical Negligence

(A) COVER Letterbord
Negligence. CRIMINAL
Activity Punishment

Sir/madam.

COURT clerk  ON APRIL 04-20-2016 while at GREEN HAVEN C.F
I WAS EXAMED by doctor's FOR BEING SEXUAL Abuse. on-3-18-2016
March: IN the PROCESS GREEN Haven C.F. Noted
That I WAS Soon to be TRANSFERED And Noted in my medical chart
That of A REFERRAL TO A Henring Specialist." I Put IN SEVERAL
GRIevance's to I.G.P. Supervisor Stanaway and I.G.P. Super LEVI
Log Number G.H. 82765-16 April 21-2016 on-Date: april-4-19-16
I Received A Letter FROM the NURSE of Addministornator send me.
A MESSAGE Name. LANA L CORSE concerning A Request TO see
A Specialist FROM my Primary provider which I Never had
Seen FOR DAYS. FOR my hearing which I'VE been DENIED!
Under 42 U.S.C. § 1997 (E) And Corrections LAW § 70; state that
you MUST PROvide me. with Adequate medicare AND TREATment;
See: SLOAN v. zeller, 362 F Supp 83 BOURGEOIS V HONGISto
488 F. supp 304 in my File's It shows The Negligence in deliberate.
INDIFFERENCE TO A SERIOUS medical Need with out perjucera

EXbetz 2- of    Attachment .

To the. Disdrict court if need To be

medichl need see Brown V Pieree 2006 WL 1982784.

A copy is being provided to those Noted Above And For the United st  ates

Stahes District court if need be. I Am Now, one Agann, Requesting

A Referral to A hearing Specialist!

Date: April.

Green Haven correction Facility

P.O. BOX 4600

STURMVille NewyoRk 12582-4600

Signatur  Name of  Jomalselaam Bey

without predudice1-3089

Reserving Rights

# INJURY -

Date: APRIL-04-20-2016

Plantiff Jamal Salaam Bey -13A5687 - E-3-40

address: GREEN HAVEN CORRECTIONAL FACILITY - 594 Route 216

Stormville NewYork 12582 -0010

Defendents Superintendent thomas Griffin

Claim FOR Damage against the State on this county of Duct
has No Jurisdiction over this matter the Place where Suit is being

Contract IN Principal of my claim.

dealing with THE same issue is PLEA and Relief in Seeks
injunctive Punitive and monetory Damage

PLace of PRESENT confinement FRom All defendents

At GREEN HAVEN CORRECTIONal FACILITY

4 Statement of Suit of my Lien

upon Jamal Salaam Bey constitutional Rights were violated As

PER, Article IV and VI of the constitution COMENANT of 1774·1781

AD. =1201 mc AS Lawfully Adopted FoR the united state Republic

Jamal Salaam Bey was FORCE Threatened - violation of Title 18 § 878

Jamal Salaam Bey was Being FORCE in to black mail·Violation Title § 873

Jamal Salaam Bey was Being FORCE into ENGAGING in MONETORY TRANSACTION

Jamal Salaam Bey was BEING improperly-Violation Title 18 § 195

Jamal Salaam Bey was Being violent CRIMES IN Aid of RACKETEERING

Violation Title 18 §1959 - D.O.C.C Violated These Rights

By DENYING AND Refusing To: up hold or Follow

the Zodica constitution Article II Zodica constitution
BIRTH Right OF THE moorish AMERICANS The Beys and ELs.

In Jury
P g 5)

Date April-04-20-2016

Jamal Snhram Bey ) is A moorish American
moor Advised As Aboriginal indigenous FREE Sovereign moor - NOR Colorial
NATURAL Person of the land in Propria Persona (NOT PRO Se NOR Prose
His Liberty As A FREE man WAS Forcabley unLawfully stolen into Slavery

### 7 Plea And Relief

FREE man Jamal snhram Bey seeks INJunctive Punitive And
MONETORY damage From All defendents

For them to PAY him back - IN TO his NAtive Land
And stop Forcable imprisonment and slavery
For them to ENdue these criminal Activity Punishment and slavery!

For them to Replace to Lost soil cRups And house's
by paying me. $ 100,000,000 ºº

I declare under Pennlty of PERJury That on April. 04-20-2016
I deliver this comPlaint To Person IN Prison Authority to
Be mailed to - The
                    United states District court
                 Eastern District of Newyork
                 225 CAdman PlAzA FAst Brooklyn Ny 11201

Plaintiff Jamal Salaam Bey is moorish American
Moor Advised As Aboriginal indigenous FREE Sovereign
Moor -Natural Person of the Land in PROPRIA
PERSONA ( NOt PRUSE. NOR PROSE NOR
Colonal Liberty As A FEEMAN WAS
Forcabley unLawful Stolen
INTO Slavery PLEA AND RELIEF
FREE man Jamal SALAAM Bey
FOR Him to be RELEASE him back to his
Native Land AND STOP FORCABLE
imprisonment AND SLAVERY!
FOR them to RePlace to Lost soil
CROPS AND houses
by Paying me $ 100.000.00,0 ⁰⁰
I decalRE under PENALTY OF
PERJURY That on April 20
04-2016 I delivery this
complaint TO PERSON IN
PRISON AuTHEriTy TO Be maild
uniteds  State District COURT Eastern OF District
of New York 100 Federal Plaza Central Islip
New York 11722 Served TO Ryou without PreJudice

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS and Community
INMATE: GRievance complaint

GREEN HAVEN correctional facility    DATE: april-04-20-2016
NAME: Jamal Salaam Bey Dept NO 13A5687 HOUSING UNIT E-3-40
Description of Problem Please make AS briefAS Possible


I'm Jamal Salaam Bey I AM WRITTING This forminal complaint AGAINST
these correctional Staff officer's When down on E-Block 1st FLooR
IN Regarding TO A Random, Push me on the wall in Begain searching me
Feeling on me, Sexual ABuseing my Body, Putting His hand on my Private
Gween ASS crack officer NAME, LoRDe, GRAY WAS Feeling around my ASS
on the ticket He wrote me up, He said It WAS A Pat FRISK with His
Hand under my Pants Box underwear, this was NOT NO Pat FRISK Procedures
At this time I WAS Facing the wall Putting my HANDS FlAt on the wall
IN front OF Me, To which I complied this correctional officer
LoRDe GRAY WAS standing Behind me, Putting his hand in my
Pant's Pocket checking me, FoR CONTRABAND IN Retrieving PAPERS
with my Family address Letters they send to me, with NO CONTRABand
IN the Letter's officer LoRDe GRAY in Sgt TURRIGLIO At this time At
Approximately WAS: 8:30 Pm When they WAS Reading my Letter's and NeveR
gave them BACK TO me, they WAS checking FoR Something which they
did not Find - I complied. I NEVER Took my hand off the wall
the Search Procedure on me, WAS harrassment in Retaliation and
FAlse Ticket's charge's 104.13 - Creating A disturbance
115.10 compliance with Frisk Procedures 107.11. Harrassment of An employe
IN 106.10. Refuse to obey direct order, IN Because of All my GRievance
which is still Pending on harrassment Regarding A DiscRetionary
Review -in complaint claim NAme: Signature Jamal salaam Bey without predatice J-308-9
DATE: april-04-20-2016

RECEIVED

FEB 1 3 2014

NYS DOCCS
Standard Form 5 VOL GRVC.




I.S.L.A.M.    Moorish Americans - Northwest Amexem

## Judicial Notice and Proclamation

To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Permanent and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:

Upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Ismail Salaam Bey, being duly Affirmed under Consanguine Unity, pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenous of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth and nothing but the truth; and having knowledge and firmly established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (in My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, Ismail Salaam Bey, Am A Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / America) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

That All Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining islands (Americana / Amexu / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto, all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers / Nature, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Right/s to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

Moors / Moorish (American) / Moors Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Status and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nation/s of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Moors are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Right/s to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constraints invenced, by the restructuring States' Legislature, to evade and repel excise taxation constraints invenced, by the restructuring States' Rights are supported by, and asserted by, Royal Law, Moorish Law; Moabite Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. - 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' and to insure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Come, our Primogenius, comes the Supreme Law of the Land!

1

Egypt. The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantic Islands; before the great earthquake, which caused the great Atlantic Ocean.

The 'Great Seal Pyramids' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The humble Moors' acknowledgment of our 'Great Seal' indicates these Hairs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entrusted to support this Affirmation. Moors / Moors who strive toward this end, with honor, are entrusted by Moors Draw-All, to help to the great immaculate work of uplifting ourselves, our fellow-man, and humanity at large. We need, at all times, to be conscious of the works, innovation, and are necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Moors (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as 'The Great Seal National Association of Moorish Affairs'. The Free Moorish Nation - inclusive of all the Aboriginal / Indigenous Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, Ali, El, Bey, Dey, and Al. The Five Moors / Moors, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon commonwealth, Right-Law, Innocent - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the United States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (its same or) its own territory...."

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and instituted at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of 'WHITE PEOPLE', Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Oath. Former said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, commonally referred to, and 'branded' and established as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of 'Dred Scott v. Sandford' 60 US (19 Howard) 393 (1857) held that Negroes—whether held in slavery or free—were not included and were not intended to be subsisted in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigenous Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by Right-Law Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution'. Circle 7 - authentically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moral Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice. The True Al Moroccans / True Moorish Nationals of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (indigenous Not Taxed) and maintain a 'NON- OBLIGATORY respect for the Union States Rights Republic (U.S.A.), in numbers, in laws; in refinements; in codes; in customs and in traditions, pursuant to The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

DOCCS 000008

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) . suspended by the Treaty of Eighteen Thirty-Six (1836); Resolutions 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A4354 (1959); The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107 — United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Mocish Credential; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clerk of Dealey; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Assert My Full Birthright - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Moor and a (Natural Being) pursuant to: Mandate / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Grand End of the Moorish Nations (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Uluma States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; The Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55d; The Rights of Indigenous People; Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - "Acts of State"; The Foreign Sovereign Immunities Act 21 USC 1601; et Sequa.; The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D. — 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Documents, (Stare Decisis) to wit:

1. The Right to Travel: The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781;

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR; Ligare v., Chicago 139 ILL. 46, 28 NE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v, Dulles 357 US 116, 125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc. Michigan v, Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Cod. Rpt. 69, 20 CA.3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v, City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which it, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v., Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v, US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no infringement of the public rights or safety; nor as a threat did it or has it endangered the Safety; he / she and his / her automobile having equal right in and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running a stop sign, traveling without license plates, or registration, are not threats to the public safety, and thus are not arrestable offenses. Christy v, Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1915; California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

3

8.  *Under* the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 623—60;

9.  *Where* Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125;

10.  *One* claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489;

11.  *For* a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F. 945;

12.  *If* any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 211 US 149, 295, CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13.  "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties"; Griffin v. Matthews, 310 F Supra 341, 342 (1969); and "Want of Jurisdiction may not be cured by consent of parties". Industrial Addition Association v. CLR, 323 US 310, 313.

*Whereas*, in light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.). Its agent, personnel, contractors, and assigns. Affiants are legally in force under National and International Law standing these issues. And this Affiant (Natural Person - In Propria Personal) does not waive any rights; does not transfer any power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound "claimants" to National Law and Order, Christianian Principles fixed in Constitution Law, still stand! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offense.

*Whereas*, there is no question that a "Breach Appearance Summons", Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime", thus violating Substantive Rights.  It is reasonable to assume that the Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*That* the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1, Any law that is Repugnant to the Constitution, shall remain Forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violates the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

*This* is, Part 1, Chapter 13 §241 of United States Codes of Law:

*If* two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...

*If* two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured.

*They* shall be fined under this title or imprisoned not more than ten years, or both, and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an

DOCCS 000010

attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

### Title 18, Part 1, Chapter 13 §243 of United States Codes of Laws:

*Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

*Therefore,* in preservation of The Rights of Indigenous Peoples' and the Preservation of the Right of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the Supreme Law of the Land'; and pittsid to the commercial liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc.; I hereby, Demand my enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601 et Seque, The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decision, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "Executive Order 13107" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other Process' of a 'Trial' by a jury of my own Nationals' Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be enabled all lawful Constitutional - Venue confirmed and in place.

*Wherefore* all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and available and appropriate measures to ensure, and ensure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The "colorable" circumstance, named herein, is not to be Arrested nor held for Detention under any Moorish Nationals of The Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and that Exempt from Customs, Tariffs, Taxation, Owner is a Peer' permit-deception Contracts, and from any other hindrance or restriction of His or Her Freedoms, Abuidial Properties, Compensation, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor of Moor (Moor of this Indigenous Peoples' Documents) is to be treated with all due Respect and 'Due Process' Rights under the Law. All ry charge, or attack on the Natural Being's Person, Property, Personalty, Conveyance, Freedom and / or Dignity.

*Explicit* Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1- 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Sedition, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally, I do not accept any actual or implied 'liabilities' associated with any Instruments, do not sanction any 'unconstitutional' rules or policies, nor acts of Magistrate committed by any U.S. Government or State Officials, at any level, claimed by way of them, in the

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitutional Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

*I*, Jamal Salaam Bey, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*Hubu* (Love), *Haqq* (Truth), *Salaam* (Peace), *Hurryiam* (Freedom), Adl (Justice).

*All* Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

*I* Am: Jamel Salaam Bey

*Aboriginal* / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*By* Special Appearance, before me on Day 14 of [illegible], 2010 CCY = 143[illegible] M.C., in Honor, the Divine Being, Jamal Salaam Bey, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

*Chronos*:

Day: 14 Month: [illegible] Year: 2010

*I* Am: [illegible]

Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Moor
Northwest Amexem / Northwest Africa / North America

*Witness*: [illegible]

Natural Person - In Propria Persona - All Rights Reserved

*Witness*: [illegible]

Natural Person - In Propria Persona - All Rights Reserved