UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jamal Salaam Bey
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Superintendent Thomas Griffin

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

Amended
16 CV 3807 (LAP)

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

SCANNED

JURY DEMAND
YES ✓    NO ____

RECEIVED
SDNY PRO SE OFFICE
2016 MAY 31 AM 9:51

RECEIVED
MAY 20 2016
PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/16

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff   Jamal Salaam Bey  13A5689

If you are incarcerated, provide the name of the facility and address:

Green Haven Correctional Facility
P.O. Box 4000
Stormville NY 12582-4000

Prisoner ID Number: 13A5689

1

If you are not incarcerated, provide your current address:

Green Haven Correctional Facility
P.O Box 4000
Stormville NY 12582-4000

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: John Joe officer

Job Title: officer Correction C.O.

Address: Green Haven Correctional Facility
P.O. Box 4000
Stormville NY 12582-4000

Defendant No. 2

Full Name: John Joe

Job Title: officer

Address: Green Haven Correctional Facility
P.O. Box 4000
Stormville NY 12582-4000

Defendant No. 3

Full Name: _____

Job Title: Correctional

Address: Green Haven Correctional Facility PO Box 4000 Stormville NY 12582-4000

**Defendant No. 4**

Full Name: Jbow Joe

Job Title:

Female Lt

Address: Green Haven Correctional Facility PO-Box 4000 Stormville Newyork 12582-4000

**Defendant No. 5**

Full Name: John Joe

Job Title: Sgt Female

Address: Green Haven Correctional Facility

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Date: MARCH-3-18-16 complaint claim regarding sexual abuse sexual misconduct concerning the incindent in the YARD IN H-IN 6 Block YARD

When did the events happen? (include approximate time and date) MARCH-3-18-16 Approximately time: was about 8:30 Pm officers in F in J AREA coming Back while I was Being Push Against the Hall way Wall head Force

3

Facts: (what happened?) Claimant I am Jamal Salaam Bey 13A5687 writting this claim complaint concerning what happend to me on -March-18th 2016 At Approximately: time was about 9:30 pm At Night coming Back From Rec and while I was coming Back From the A.IN G. YARD Area IN Green Haven Correctional Facility during this time: About Approximately: 8:30-to 9:30 PM I was Being Force IN TO Be Pat FRISK and STRIP search IN FING Hall way one officer was white short About 5'7"in About 200 pounds He told me to Get Against the wall while I was Facing the wall this TAll Black officer was telling me. Don't TRUN around thats when the short officer Began Touching on me feeling on my Body up in down my Body feeling on my Ass crack Touching on my Private Parts Like my Nuts IN Penish under my Box's Pant's wested underwear I Ask him what Are you Doing This to me, He Began Threatene me By Telling me to take off your clothe's I said FOR Real He said this is Real He was Going to Puch me in my Face. So I Just Stay standing there while He was Black mailing me. IN sexual ABUSeing me.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Now my Life is At Safety I Fear FOR my Life
So on -Date: March 29th of 2016 At Approximately :2:30 pm my cell open up in GREEN Haven correctional facility Located At E-3-40 compay Unit By a Black female CO Staff telling that this white Female SERGEANT SUPERVISER Went me call me To her office Near the sick call station NURE'S Room investigation me on my situation

4

Late that Day about a hour about 3:00 PM I was Being call Again out my cell Location E-3-40 company call To Go At E.R. Hospital To Be Seen By Two Doctor's male in Female Asking me question

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

about what happen concerning my injury of me Being sexual Abuse By these correctional officer's on - March 18th 2016 I was Being seen By these two Doctors on march-29th 2016 At Approx. 3:00 PM Looking At my body while naked seeing what's wrong with my Private parts Asking me qustion what happen Do this Hurts Feeling on my Private Area snying was Being sexual abuse Rape I Said yes thats when they Give me something to Read Like A Book card.

I declare under penalty of perjury that on _____ (date), I delivered this complaint to prison authorities at  MARCH 28th 2016  (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: APRil 30th 2016         Jemel salaam Bey without perJudice
                                Signature of Plaintiff                1-3089

Name of Prison Facility or Address if not incarcerated

Green Haven Correctional Facility
P.O. Box 4000
Stormville NY 12582-4000
Address

Jamal Shlamm Bey 13b5687 without perJudice
Prisoner ID#                                    13089

rev. 12/1/2015

5



CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS



USMp3 SDNY

Office of the Clerk
Attn: Pro Se Office
United States District Court
For the Southern District of New York
500 Pearl Street- Room 200
New York, NY 10007

2016 MAY 31 AM 9:52

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

May 24, 2016

Office of the Clerk
Attn: Pro Se Office
United States District Court
For the Southern District of New York
500 Pearl Street- Room 200
New York, NY 10007

Re: Bey v. Griffin et. Al. Griffin (16-cv-02408-ENV-LB)

Dear Sir/Madam:

Kindly find the enclosed *Amended* Complaint, In Forma Pauperis and Prisoner Authorization that were mailed to us from Jamal Salaam Bey was received on *May 20, 2016*.

This, case was Transferred by to the Southern District on May 20, 2016. We are forwarding the Originals to your Office for appropriate docketing and consideration.

Sincerely

Jose Dessources
Pro Se Writ Clerk

RECEIVED
SDNY PRO SE OFFICE
2016 MAY 31 AM 9:52

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

neopost
05/25/2016
US POSTAGE



Office of the Clerk
Attn: Pro Se Office
United States District Court
For the Southern District of New York
500 Pearl Street- Room 200
New York, NY 10007

2016 MAY 31 AM 9:52

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Jamal Salaam Bey   DIN: 13A 5689

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST 05/18/2016 US POSTAGE

ZIP 12582
041L11259010

2016 MAY 31 AM 9:52
SDNY PRO SE OFFICE
RECEIVED

LEGAL MAIL

To: Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201