## injury

Plaintiff Jamal Salaam Bey is Moor Moorish American Moor advised as Aboriginal indigenous Free Sovereign moor Natural Person of the land in Propria (not Prose nor Prose His Liberty as a Freeman was forcabley unlawfully stolen into slavery

## 7 Plea and Relief

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-16

Freeman Jamal Salaam Bey seeks ~~injunctive Punitive~~ and Monetory damage from all defendents

For Them to Release him back to his Native Land and stop Forcable imprisonment and slavery

For Them to Endue these Criminal activity Punishment and Slavery!

For Them to Replace to Lost Soil Crops and houses by paying me $100,000,000.00

I declare under Penalty of Perjury That on June 1st 2016 I deliver this complaint to Person in Prison Authority to Be mail to the Southern District clerk U.S. Court house 500 Pearl St NY NY 10007    U.CC-1-308-9  Jamal Salaam Bey
Sign This June 1st 2016 is True