UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMAL SALAAM BEY,
                Plaintiff,

v.

                                 **ORDER**

                                 16 CV 3807 (VB)

THOMAS GRIFFIN et al.,
                Defendants.
--------------------------------------------------------------x

       On July 25, 2016, the Court issued an order of service directing plaintiff to file a second amended complaint within thirty days of receiving from the New York Attorney General the identities of the John Doe defendants listed in plaintiff's amended complaint. (Doc. #14). Plaintiff filed a second amended complaint naming several additional defendants without having received the identities of the John Doe defendants from the Attorney General's office. (Doc. #15).

       Plaintiff is required to follow the Court's instructions as set forth in the order of service and wait to receive the identities of John Doe defendants from the Attorney General's office. (Doc. #14). Within thirty days of receiving the identities of the John Doe defendants, plaintiff shall file a third amended complaint naming <u>all</u> the defendants he intends to name, and including <u>all</u> the relevant facts.

       A Third Amended Civil Rights Complaint form for plaintiff to complete is attached to this order. Plaintiff shall complete the form once the Attorney General's office has provided him with the identities of the John Doe defendants.

       The Clerk is instructed to mail a copy of this order to plaintiff.

Dated: August 12, 2016
       White Plains, NY

                                       SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

        -against-

_____
_____
_____
_____
_____
_____
_____

**THIRD AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes    ☐ No
       (check one)

___ Civ. _____ ( )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name_____
                  ID#_____
                  Current Institution_____
                  Address_____
                  _____

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _____ Shield #_____
                          Where Currently Employed _____
                          Address _____
                          _____

Defendant No. 2    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

<div style="border:1px solid;">Who did what?</div>

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    _____
    _____

B.  Where in the institution did the events giving rise to your claim(s) occur?
    _____

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    _____
    _____
    _____

D.  Facts:_____

<div style="border:1px solid;">What happened to you?</div>

_____
_____

_____

| Was anyone else involved? |

_____

| Who else saw what happened? |

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know _____

If YES, which claim(s)?
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____

1. Which claim(s) in this complaint did you grieve?
_____
_____

2. What was the result, if any?
_____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
_____
_____
_____

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____

**VI.  Previous lawsuits:**

<div style="float:left">**On these claims**</div>

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ____  No ____

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   _____ 3.  Docket or Index number _____
   _____ 4.  Name of Judge assigned to your case _____
           5.  Approximate date of filing lawsuit _____
           6.  Is the case still pending? Yes ____ No ____
               If NO, give the approximate date of disposition _____
           7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
               _____
               _____

<div style="float:left">**On other claims**</div>

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes ____  No ____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____
   _____

   _____ 3.  Docket or Index number _____
   _____ 4.  Name of Judge assigned to your case _____
           5.  Approximate date of filing lawsuit _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

    If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this \_\_\_ day of _____, 20\_\_\_.

|  |  |
|---|---|
| Signature of Plaintiff | _____ |
| Inmate Number | _____ |
| Institution Address | _____ |
|  | _____ |
|  | _____ |

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20\_\_\_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____