UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMAL SALAAM BEY,
                Plaintiff,

v.

THOMAS GRIFFIN et al.
                Defendants.
------------------------------------------------------------x

**ORDER**

16 CV 3807 (VB)

Briccetti, J.:

    The Court has been advised by the United States Marshals Service that the attempted service on defendants C.O. Scott Turriglio, C.O. T. Johnson, and John Joe at Green Haven Correctional Facility has not been effected because those defendants do not work at Green Haven Correctional Facility. (Doc. ## 32, 35, 36).

    By January 30, 2017, the Office of the New York State Attorney General shall provide the service address for defendants C.O. Scott Turriglio, C.O. T. Johnson, and John Joe.

    Under the circumstances, the time for plaintiff to effect service is extended to March 21, 2017. Fed. R. Civ. P. 4(m).

Dated: January 20, 2017
       White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/17