1)

GREEN HAVEN CORRECTIONAL FACILITY
Address PO BOX 4000 STORMVILLEY
12582-460

DATE: MAY-15th-2017

Jamal Salaam Bey
   Plaintiff

CIVIL RIGHTS COMPLAINT
42 U.S.C, § 1983

—AGAINST—

JURY DEMAND

Superintendent Thomas Griffin                         YES ✓     NO ___
            Defendents)

I Sgt Turriglio
Warren Freeman correction officer
Reginald Lordegray - Lt Susan Hann hearing

---

ON-APRIL-20-2016 Location E-3-40 - At Approximately Time 8:10 PM E-Block 1st Floor - on-Above-time Lordegray He was conducting A Random Pat Frisk on me, Inmate Jamal Salaam Bey 13A5687-E-3-40- I WAS GOING outside to the yard Lordegray Reginald IN Sgt Turiglio IN Warren Freeman correction officers Told me to Face the wall IN-E-Block 1st Floor All COS made me Place my hands flat on the wall IN Front of me, to which I complied Lordegray CO & Freeman Warren CO IN Sgt Turiglio was Right Behind me Began to feel my Legs and Ass up and down It was NOT A Pat Frisk the other officer Freeman WARREN Told me Not Move OR HE IS GOING TO BEAT me up. the Sgt TURIGLIO WAS RIGHT there WITH them HELPING HOLDING ON TWO me. By my ARM RIGHT ARM continued to Put his hands on me., at this time I comply with the Search procedures INMATE WAS NOT AROUND At this time they Retrieve some of my address AND Phone Number of my Family From my Rear Pock After they was already Roning the yard they was Just HARRASSING me tell me to Not move OR they well Beat me up where NO one Around then Lordegray GRAB me. At this told me what's WRONG WITH ME said Nothen so He made GO Back TO my cell-E-3-40

GREEN HAVEN CORRECTIONAL FACILITY
PO BOX 4000 Stormvilley
12582-400

Address                                    DATE: may-5-17-16
   Jamal Salaam Bey                        At: Approximately time - 9:10 pm
           Plaintiff


        - AGAINST -
   Superentendent Thomas Griffin
   Tiesha Johnson CO    Defendents)


ON-May-5-17-16 Location E-3-40 At Approximately: Time 9:10 pm officer Tiesha Johnson was making her rounds on-E-3-company at this approximately time: about me and three inmate's was talk on the gate about Hip pop Rap musek and some things about family normal talk as she was walking somebody else was saying something about her and Lt Demmon while they was walking But I do not know what inmate said she always be with white men after that she just look up at my cell number and the Lt. Demmon Raideo for CO's two come hand cuffe me. and exscored me tw special housing area S.H.U- In Green Haven Facility I never said anything two this Lady I was be setup like always thats what they do. Ms Tiesha Johnson Look right at me I never use those words towards her she made that up I was talking to the inmates before she even arrived on the company. E-Block hold's over 200 prisoner's But she Lock me up for something I don't have no knowledge of so they escorted me to the special housing where they beat me up on the wall. Like five officer I was jack up on the wall they came with a use of force against me. with stick's in cuff In sgt's medical department ask me gustion about the incident: I refuse to talk with them at all, I at harm

Green Haven Correctional Facility
Address P.O. Box 4000 Stormvilley
12582-400       Attachment   Date: may 15th-17

Jamal Shlaam Bey
              Plaintiff
     -Against-
Superintendent Thomas Griffin
              Defendents)
L.T. Susan Hann Correctional officer's

---

On- April 20 2016 incident I was hold in a cell for 30 days K.L without a completed hearing I have the ticket right now I well send it to your clerk of the court a false tickets charges I was on keep lock pending without a complet hearing 30 days which is illegal against my 8th amendment + never took my hands off the wall the search was in Retaliation from the incident on- march 18 2016 during the incident, from the sexual abuse grievances of Retaliation of my grievance's after when Larde grn conducted now they are try two change it up. the story see Sgt Turriglio is mixing up paper work in the Grievance office the officers are Retaliation for the sexual harassment Grievance under Investigation I told them when I was in Green Haven C.F. S.H.U. But they was Retaliation Get the video from Dr. Wrie The C.P.S.U. Dr. Wright in Green Haven C.F. She have the Report. They was behind the company get the log book they was worki And Behind my cell under the bed it's a Room it's a cover up lie you can hind behind the wall you can heard them clear like da why would I make these up if it's not true, that year they Arrested five correctional young females it was on the News I well send you this ticket they wrote to try to set me up the Court please accept these allegation thats fact's I am not delusional Li

Green Haven Correctional Facility
Address PO Box 400 Stormville NY
12582-400

Date: May-16th-2017

Jamal Solaam Bey
    Plaintiff

-Against-

Superintendent Thomas Griffin
    Defendent(s)
Warren Freeman CO Correction Officer

Facts what happend? Claimant I am Jamal Solaam Bey 13A5687 writting this claim complaint concerning what happend to me. On - March-18th 2016 At approximately - time was the reason why that these officers set me up in E-Block - at night during the yard run at approximately 8:30pm - these officers begaing touching me feeling on my body I was being force to face the while these CO searching me. Freeman Warren - told me to put your hands on the wall. He was checking the papers in my rear pocket moments later they secured me to go back to my location on - E-3-40 - Sgt Turigilo and Lorde Gray followed me from behind seen them look for action to beat me up in my cell But Lorde Gray told me watce yourself around here fore you get hurt this is my block dont out side no more in this E Block said alright I comply I ask can I have my address papers back I have my family information on them He said you well get back at the hearing when you go their Lt. Susan Hann well do your hearing He said Inmates in the Block was asking are you lock up Because they was holding in my cell keep lock they call me down But did not complete the hearing

## Injry's

Facts what happened claimant I am Jamal Salaam Bey 13A5687 writting this claim complaint concerning what happend to me on-March-18th 2016 at approximately -Time: was about 8:30 pm at night coming back from the yard and while I was coming back from the H-Ing-yard area in Green Haven Correction Facility during the time about approximately 8:30 pm-to-9:30 pm I was com back from yard. Two officers force me, in two be pat frisk and strip search in H-G Hall why one officer was white short 5'8 in about 200 pounds, he told me to get against the wall while I was facing the wall this tall Black officer was tell me don't trun around thats when the short officer began touchin on me. Feeling on my Body up in Down my Body feeling my ass crack touching on my private parts like my nuts in penis hardinc bad under my box's pants wast I was stressed out what are you doing two me, He then begain threaten me. By telling me to take off your clothes I said for real He said this is real He was going to puch me in my face, so I just stay their while He was Black mailing me, in sexual Abusing me.

If you are claiming injuries as a result of the events you are complaing about describ your injuries and state what medica treamtment you required was medical treatment received

A Female Sgt Superviser went me to come to her office to be seen by doctor's to investigate my private area she examed me That I was being injuried after that I was place on investiga Ing. Was March-18-th 2016.

Date: May-15-17

Jamal selaem Bey
I-308-9   without prejudice

FORM 2171A (4/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 2

**GREEN HAVEN** Correctional Facility

**INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO**

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NUM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| BEY, JAMAL | 13A5687 | E-6-340 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| E-Block 1st Floor | 4/20/2016 | Approx. 8:10 PM |

3. RULE VIOLATION(S) ♦ VIOLACION/ES

| 104.13 - Creating a disturbance | 106.10 - Refuse to obey Direct Order |
|---|---|
| 115.10 - Compliance with frisk procedures | |
| 107.11 - Harassment of an employee | |

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

On the above time and date, as I was conducting a random pat frisk on inmate Bey, J. 13A5687 E-6-340 who was going to the E&F Yard for evening Rec. I directed inmate Bey to place his hands flat on the wall in front of him, to which he complied. I began to pat frisk him and I retrieved papers from his rear pocket. As I was checking the papers, inmate Bey took his hands off the wall. I gave Bey a Direct order to keep his hands on the wall and comply with the frisk procedures. Inmate Bey then put his hands on the wall and then moments later took them off again. It was now Sgt. Turriglio who was supervising the yard drop out of E-Block discontinued the yard run and directed Bey to place his hands on the wall and not to take them off till directed to. Bey then stated "Fuck that Bull shit, that's my legal mail" and put his hands back on the wall. I completed the pat frisk where no Once Bey was secured in his cell, E Block yard run commenced. Bey's actions caused a delay in the E&F Yard run.

#REF!

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 4/20/2016 | Lorde Gray | [signature] | Officer |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)  SIGNATURES:
   ENDORSOS DE OTROS EMPLEADOS TESTIGOS (si hay)  FIRMAS: 1. C. Turriglio Sgt. [signature]

2.                                                                    3.

NOTE: Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE  4/21/16  703 AM     NAME AND TITLE OF SERVER  C.O. Saunders
FECHA Y HORA DADO AL RECLUSO                          NOMBRE Y TITULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como repuesta a cargo o la informacion derivada de ella en una demanda criminal.

**NOTICE ♦ AVISO**

**(REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerara y determinara en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitira al recluso llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objectivos del Deparmento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe del mal comportamiento puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento, previo a al audiencia.

Distribution: WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribucion: BLANCA - Oficina Disciplinaria  AMARILLA - Recluso (despues de la resion)

FORM 2171B (6/14)
Side 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____Green Haven_____ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Bey, Jamal | 13A5687 | E 340 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| E-Block/3 Company | 5-17-16 | 9:15pm |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

107.11 An inmate shall not harass an employee verbally

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time, I CO T. Johnson was conducting security rounds with Lt. Demmon. As we pass cell 340 that houses Inmate Bey DIN #13A5687, inmate looked directly at me and stated, "you black bitches love white cock". Area supervisor notified and inmate escorted off the block.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 5-17-16 | T. Johnson | X. [signature] | C.O |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)   SIGNATURES:
   ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)   FIRMAS:   1. _____
   2. _____   3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE  8:18 AM  5/17/16   NAME AND TITLE OF SERVER [signature]
FECHA HORA DADO AL RECLUSO _____   NOMBRE Y TÍTULO DEL QUE ENTREGA _____

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500
NAME: Jamal Jahan Bey   DIN: 13A5687
5-HO-7-34

LEGAL MAIL

To CLERK OF UNITED STATES DISTRICT COURT
the Hon Charles L. Brieant JR.
Federal Building and United States Court house
300 QUARAPAS STREET
White Plains NY 10601-4150

USDC SDNY RECEIVED MAY 19 2017 U.S.D.C. WP

USMWP SDNY

neopost 05/16/2017 US POSTAGE $000.67
FIRST-CLASS MAIL
ZIP 14901
041L11251115



**United States District Court**
**Southern District of New York**
*Pro Se Intake Unit*



**To:**   Hon. VINCENT L. BRICCETTI
**From:**  W. Clark, WP Pro Se Writ Clerk, Ext. 4036
**Date:**  May 22, 2017
**Re:**   Bey v. Griffin, et al.,   **16-CV-3807 (VB) (   )**

The attached document, which was received by the Pro Se Intake Unit on May 19, 2017, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. *See* Fed. R. Civ. P. 5(d)(2)(B), (4).

☐   No original signature.

☐   No Affirmation of Service/ proof of service.

☒   Other: <u>Plaintiff submits document that is unclear as whether to be filed into the above-referenced case or construed as a new complaint which may be related to the existing case. Please advise.</u>

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Intake Unit. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Unit, indicating at the bottom what action should be taken.

☒   **ACCEPT FOR FILING**

☐   **RETURN TO *PRO SE* LITIGANT**

**Comments:** The Clerk is instructed to docket this submission as plaintiff's opposition to the motion to dismiss. Defendants' reply shall be filed by 6/6/17.

VBriccetti USDJ 5/22/17

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175