**MANDATE**

S.D.N.Y. – W.P.
16-cv-3807
Briccetti, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand eighteen.

Present:
    Pierre N. Leval,
    Guido Calabresi,
    Debra Ann Livingston,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 27, 2018

Jamal Salaam Bey,

        *Plaintiff-Appellant*,

v.                                                             18-96

Superintendent Thomas Griffin, et al.,

        *Defendants-Appellees*,

Mr. Freeman, et al.,

        *Defendants*.

Appellant, pro se, moves for in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/27/2018